UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEE CUMMINGS AN
INDIVIDUAL, ON BEHALF
OF HIMSELF AND OTHERS
SIMILARLY SITUATED,

    Plaintiff,

v.

KNOWLES ON SITE REPAIR,
INC., KENNETH KNOWLES, AND
HALLIE KNOWLES,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING DOCUMENTS FROM STATE COURT IN SUPPORT OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446(a), Defendants, Knowles On Site Repair, Inc. (hereinafter "Knowles Repair"), Kenneth Knowles, and Hallie Knowles, file the following documents constituting process, pleadings, and orders existing on file in the state court in this removed action:

(1) Collection Action Complaint for Violation of the Fair Labor Standards Act; and

(2) Summons and Service of Process

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

      **COLE, SCOTT & KISSANE, P.A.**

/s/ *Michael B. Kelly*
**Michael B. Kelly, Esq.**
Florida Bar No.: 115345
**Randall G. Rogers, Esq.**
Florida Bar No.: 195626
890 South Palafox Street, Ste. 200
Pensacola, Florida 32502
Telephone: (850) 483-5900
Facsimile (850) 438-6969
Email: michael.kelly@csklegal.com
Email: randall.rogers@csklegal.com
Email: susan.boles@csklegal.com
*Attorneys for Defendants*

**SERVICE LIST**
Jermiah J. Talbott
Florida Bar No.: 0154784
Law Offices of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, FL 32503
Telephone: (850) 437-9600
Facsimile: (850) 437-0906
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*