UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEE CUMMINGS
ON BEHALF OF HIMSELF AND
OTHERS SIMILARLY SITUATED,

    Plaintiff,

v.                                  CASE NO.  3:20cv5412-MCR-MJF

KNOWLES ON SITE REPAIR INC, *et al.*,

    Defendants.
_____/

# ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 4, 2021. ECF No. 68. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There are no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Defendants' "Motion for Sanctions," ECF No. 61, is **GRANTED**.

3. Plaintiff Jeremy Byrd's and Alexxander Taylor's opt-in consents, ECF Nos. 17, 41, are struck and their claims are **DISMISSED** with prejudice.

4. Defendants' request for attorney's fees is **GRANTED**. Within **SEVEN (7) DAYS** of this Order, Defendants shall confer with Plaintiffs' counsel to see if they can agree on the amount of attorney's fees that should be awarded and, within **FOURTEEN (14) DAYS**, file an accounting of the attorney's fees incurred in preparing and filing their motion for sanctions or a notice that the parties have agreed on the appropriate amount.

**DONE AND ORDERED** this 3rd day of December 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**